IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW WITMAN, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | No. 16-1814 |
| v. | : | |
| | : | |
| KENNETH CAMERON, et al., | : | |
| Respondents. | : | |

**O R D E R**

AND NOW, this 20th day of July, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is SUMMARILY DISMISSED with prejudice.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.